# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JAN 19 2010
CENTRAL DISTRICT OF CA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-831 (CBM) |
| Plaintiff, | ) | ORDER [OF DETENTION] [SETTING CONDITIONS OF RELEASE] AFTER HEARING (18 U.S.C. § 3148(b): (Allegations of Violation of Pretrial Conditions of Release) |
| v. | ) | |
| Shaun Mark Webb | ) | |
| Defendant. | ) | |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge Marshall]

B.

The court finds there is

(1)

(A) (✓) Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; and

(B) (✓) Clear and convincing evidence that the defendant has violated any other condition of release; and

| | | | |
|---|---|---|---|
| (2) | | | |
| | (A) | (✓) | Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety or any other person or the community; and |
| | (B) | (✓) | The person is unlikely to abide by any condition or combination of conditions of release. |

and/or, in the event of (1)(A)

(3)  ( )  There is probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

or

(4)  ( )  The court finds that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions.  <u>See</u> separate order setting conditions.

( )  It is further ordered that this order is stayed for 72 hours in order to allow the Government to seek review from the [assigned district judge] [criminal duty district judge].

or

C.

(✓) IT IS ORDERED defendant be detained prior to trial. *waltat*
*psychic to hear the news by the Judge Manuel*
DATED: ~~March 9, 2009~~
1/19/10

_____
CAROLYN TURCHIN
U.S. MAGISTRATE/DISTRICT JUDGE

3